**Dismissed and Memorandum Opinion filed July 11, 2013.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-13-00399-CV**

---

**WILLIE RAY KELLEY, Appellant**

**V.**

**CLARA BROOKS, ARTHUR KELLEY AND PAMELA KELLEY; MICHEAL LOUIS MINNS; AND JANICE OWENS, EXECUTRIX OF THE ESTATE MATTIE BELL KELLEY, Appellees**

**On Appeal from the 506th District Court
Waller County, Texas
Trial Court Cause No. 11-05-20877**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed November 19, 2012. A motion for new trial was filed on December 18, 2012. Appellant's notice of appeal was filed May 6, 2013.

When appellant has filed a timely motion for new trial the notice of appeal must be filed within ninety days after the date the judgment is signed. *See* Tex. R. App. P. 26.1(a). Appellant's notice of appeal was not filed timely. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617-18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the fifteen-day period provided by Rule 26.3.

Appellant's response asserts the deadline to file his notice of appeal was extended by a Rule 11 agreement. Jurisdiction exists by operation of law and cannot be conferred by consent. *See Castle & Cooke Mortgage, LLC v. Diamond T Ranch Dev., Inc.,* 330 S.W.3d 684, 687 (Tex. App.—San Antonio 2010, no pet.)

Appellant fails to demonstrate that this Court has jurisdiction to entertain the appeal. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Jamison and Busby.